# United States District Court
# For The Western District of North Carolina
# Statesville Division

DANNY L. BRYANT,

    Plaintiff(s),

vs.

NEAL VAUGHAN, SUPT.,
ODOM CORRECTIONAL INSTITUTION,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:08CV16-1-MU

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 15, 2008, Order.

Signed: April 15, 2008

_____
Frank G. Johns, Clerk
United States District Court